PROB 35　　　　　　　**Report and Order Terminating Probation/Supervised Release**
(Rev. 5/01)　　　　　　　　　**Prior to Original Expiration Date**



UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　Crim. No.　4:08CR00315-19

Thomas Carl Johnson

On December 9, 2013, the above named was placed on supervised release for a period of five years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Thomas Carl Johnson be discharged from supervision.

Respectfully submitted,

Ervin G. Frazier, II
United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this ___7th___ day of __FEB.__, 2017.

William T. Moore, Jr.
Judge, U.S. District Court